DAVID SHERMAN, as Trustee in Bankruptcy of LESSER SUGARMAN, Bankrupt, Respondent, v. LAVINA NOHE, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

MOORE REALTY CORPORATION, Respondent, v. W. W. WETMORE CORPORATION, Defendant, and MURPHY DOOR BED CO., INC., Appellant.— Judgment affirmed, with costs. All concur, except Edgcomb, J., who dissents and votes for reversal on the law. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

THADDEUS V. BARRETT, Appellant, v. AUGUSTUS H. STOWELL and Another, Respondents.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

FRANK PENCEK, Appellant, v. JOSEPH KORCYL, Respondent.— Judgment of County Court reversed on the law and judgment of the Municipal Court of Dunkirk affirmed, with costs in this court and in the County Court to the appellant, on the ground that the evidence presented a fair question of fact for the jury. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

SAMUEL ABRAHAMS and Another, Appellants, Respondents, v. THE CITY OF ROME, Appellant, Respondent.— Judgment modified on the law and facts, and as so modified affirmed, with costs to plaintiffs. Two additional findings of fact made and conclusion of law No. 2 modified. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

SARAH J. NIEDERMAYER, as Administratrix, etc., of STEPHEN BOWMAN, Deceased, Respondent, v. ROBERT P. HOLDERBAUM, Appellant, Impleaded with Another.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

FRANCES RIORDAN, as Administratrix, etc., of JOHN RIORDAN, Deceased, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

MABEL M. SHAUT, Respondent, v. WALTER SHAUT, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

COLLETTE R. GREINER, Respondent, v. CITY OF SYRACUSE, Appellant.— Motion for reargument denied, with ten dollars costs. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

F. EARLE GREINER, Respondent, v. CITY OF SYRACUSE, Appellant.— Motion for reargument denied. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

PASQUALE CEFALO, an Infant, etc., Respondent, v. CITY OF SYRACUSE, Appellant.— Motion for reargument denied. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

LAURA CEFALO MARIZIO, Respondent, v. CITY OF SYRACUSE, Appellant.— Motion for reargument denied. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.